**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 442 MAL 2018

            Respondent        :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

            v.                        :

                                  :

JAMES EDWARD ARMSTRONG,       :

                                  :

            Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.